■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v ROBERT COLLINS, Appellant. [714 NYS2d 910] —Application by the appellant for a writ of error coram nobis to vacate, on the ground of ineffective assistance of appellate counsel, a decision and order of this Court dated October 16, 1995 (*People v Collins,* 220 AD2d 610), affirming a judgment of the Supreme Court, Queens County, rendered November 23, 1992.

Ordered that the application is denied.

The appellant has failed to establish that he was denied the effective assistance of appellate counsel (*see, Jones v Barnes,* 463 US 745). Mangano, P. J., Bracken, Santucci and Sullivan, JJ., concur.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v VINCENT COLLINS, Appellant. [714 NYS2d 888] —Appeal by the defendant from a judgment of the County Court, Westchester County (Angiolillo, J.), rendered June 17, 1999, convicting him of aggravated harassment of an employee by an inmate, upon his plea of guilty, and imposing sentence.

Ordered that the judgment is affirmed.

We have reviewed the record and agree with the defendant's assigned counsel that there are no nonfrivolous issues which could be raised on appeal. Counsel's application for leave to withdraw as counsel is granted (*see, Anders v California,* 386 US 738; *People v Paige,* 54 AD2d 631; *cf., People v Gonzalez,* 47 NY2d 606).

The defendant has raised no nonfrivolous issues in his supplemental *pro se* brief. O'Brien, J. P., Altman, Krausman and Schmidt, JJ., concur.